*Christopher C. Sheehan,* deputy assistant public defender, in support of the petition.

*Timothy J. Sugrue,* assistant state's attorney, in opposition.

Decided March 15, 1995

## STATE STREET BANK AND TRUST COMPANY *v.* JOHN D. LaGRECO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 934 (AC 12964), is denied.

*John D. LaGreco,* pro se, in support of the petition.

Decided March 15, 1995

## MARION D. LORD *v.* FRANKLIN L. LORD, JR.

The defendant's petition for certification for appeal from the Appellate Court (AC 14478) is dismissed.

*Franklin L. Lord, Jr.,* pro se, in support of the petition.

Decided May 24, 1995

## STATE OF CONNECTICUT *v.* JAMES FLEMING, JR.

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 556 (AC 11816), is denied.

BERDON, J., dissenting. I would grant certification to appeal in order to review the following issues:

1. Whether the out-of-court statement of the witness admitted into evidence for substantive purposes under